Matthew B. Edwards
Owens Davies, P.S.
1115 West Bay Dr. NW, Suite 302
Olympia, WA 98501
(360) 943-8320

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ALEXANDER N. AND AMY M. SOUSIE,<br><br>                   Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY, a foreign insurer,<br><br>                   Defendant. | NO. 3:17-cv-05078-BHS<br><br>STIPULATED ORDER OF DISMISSAL |

Comes now the Plaintiffs, Alexander and Amy Sousie, by and through their counsel, Matthew Edwards of Owens Davies, P.S., and Defendant Allstate Indemnity Company, by and through their counsel, Robert S. May of Kilmer, Voorhees & Laurick, P.C., and stipulate to the entry of an order dismissing this case with prejudice and without costs on the grounds that it has settled.

APPROVED FOR ENTRY:　　　　　　　　APPROVED FOR ENTRY:

OWENS DAVIES, P.S.　　　　　　　　　　KILMER, VOORHEES & LAURICK, P.C.

/*s*/ Matthew B. Edwards　　　　　　　　/*s*/ Robert S. May
Matthew B. Edwards, WSBA No. 18332　　Robert S. May, WSBA No. 36116
Attorney for Alexander and Amy Sousie　　Attorney for Defendant Allstate Indemnity Company

STIPULATED ORDER OF DISMISSAL - 1 -

OWENS DAVIES, P.S.
1115 West Bay Drive, Suite 302
Olympia, Washington 98502
Phone: (360) 943-8320
Facsimile: (360) 943-6150

**ORDER**

Based on the stipulation of the parties, the Court ORDERS that this matter be, and hereby is, dismissed with prejudice but without the award of costs to either party.

DATED this 7th day of November, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

APPROVED FOR ENTRY:

OWENS DAVIES, P.S.

/s/ Matthew B. Edwards
_____
Matthew B. Edwards, WSBA No. 18332
Attorney for Alexander and Amy Sousie

APPROVED FOR ENTRY:

KILMER, VOORHEES & LAURICK, P.C.

/s/ Robert S. May
_____
Robert S. May, WSBA No. 36116
Attorney for Defendant Allstate Indemnity Company

STIPULATED ORDER OF DISMISSAL - 2 -

OWENS DAVIES, P.S.
1115 West Bay Drive, Suite 302
Olympia, Washington 98502
Phone: (360) 943-8320
Facsimile: (360) 943-6150